No. 103. SWIFT & Co. *v.* RECONSTRUCTION FINANCE CORPORATION; and

No. 104. CUDAHY PACKING Co. *v.* RECONSTRUCTION FINANCE CORPORATION. United States Emergency Court of Appeals. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Edward R. Johnston, Albert E. Jenner, Jr.* and *William N. Strack* for petitioner in No. 103. *Vincent O'Brien* for petitioner in No. 104. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 112. ABO ET AL. *v.* McGRATH, ATTORNEY GENERAL, ET AL.;

No. 113. AOKI ET AL. *v.* BARBER, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE;

No. 121. McGRATH, ATTORNEY GENERAL, ET AL. *v.* ABO ET AL.; and

No. 122. BARBER, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE, *v.* AOKI ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Wayne M. Collins* for petitioners in Nos. 112 and 113 and respondents in Nos. 121 and 122. *Solicitor General Perlman* for petitioners in Nos. 121 and 122, and with *Mr. Perlman* for respondents in Nos. 112 and 113 were *Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse.*

No. 128. RISBERG *v.* DULUTH, MISSABE & IRON RANGE RAILWAY Co. Supreme Court of Minnesota. Certiorari denied. *David W. Louisell* for petitioner. *W. O. Bissonett* and *Donald D. Harries* for respondent.

No. 148. REMINGTON RAND, INC. *v.* SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COM-

MERCIALES, S. A., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *William P. MacCracken, Jr., Urban A. Lavery* and *William W. Barron* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baynton, George B. Searls* and *David Schwartz* for Mc-Grath et al.; and *John J. Wilson* and *Donald Hiss* for the Societe Internationale pour Participations Industrielles et Commerciales, S. A., respondents.

No. 149. JOHNSON ET AL. *v.* CHESAPEAKE & OHIO RAILWAY Co. C. A. 4th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *R. Arthur Jett* for petitioners. *Horace L. Walker* and *Hewitt Biaett* for respondent.

No. 153. HOPE BASKET Co. ET AL. *v.* PRODUCT ADVANCEMENT CORP. ET AL.; and .

No. 216. DELPHI FROSTED FOODS CORP. *v.* ILLINOIS CENTRAL RAILROAD Co. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit denied for the reason that applications therefor were not made within the time provided by law. 28 U. S. C. § 2101 (c). *Herbert H. Porter* and *Edwin T. Bean* for petitioners in No. 153. *Charles Garfinkel* for petitioner in No. 216. *Lloyd C. Root* and *Frank E. Liverance, Jr.* for respondents in No. 153. *James G. Wheeler* for respondent in No. 216.

No. 177. HARTMAIER ET AL. *v.* LONG ET AL. Supreme Court of Missouri. Certiorari denied. *Roger C. Slaughter* for petitioners. *Herman M. Langworthy* for respondents.